```
Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )     Case No: 06-00122
                               )
        Plaintiff,             )     DISMISSAL; AND
                               )     ORDER THEREON
             v.                )
                               )
VASILE CSATLOS                 )
                               )
        Defendant              )
                               )
_____)
```

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal with prejudice.

Dated: September 13, 2006

```
                                  /s/ Eliabeth Waldow
                                ELIZABETH WALDOW
                                Legal Officer
                                NATIONAL PARK SERVICE
```

ORDER

IT IS SO ORDERED.

**Dated:   September 20, 2006**             /s/  William M. Wunderlich
mmkd34                                 UNITED STATES MAGISTRATE JUDGE

1